1  Jeffrey L. Bornstein (SBN 99358)
   jeff.bornstein@klgates.com
2  Mikal J. Condon (SBN 229208)
   mikal.condon@klgates.com
3  Claudia A. Quiroz (SBN 254419)
   claudia.quiroz@klgates.com
4  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
5  San Francisco, California 94111
   Telephone: (415) 882-8200
6  Facsimile: (415) 882-8220

7  Attorneys for Defendant
   BURTON D. THOMPSON
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  MINNA TAO, an individual; GABRIEL LI,      Case No. CV 11-03248 PJH
    an individual; PETER SUN, an individual;
13  VICKY ENG, an individual; ANDREW           STIPULATION AND [PROPOSED]
    YAN; an individual; HERMAN WONG, an        ORDER REGARDING
14  individual; ELLEN CIU-YEE, an individual;  SUBSTITUTION OF COUNSEL
    WAI-HANG YEUNG, an individual;
15  DEBBY WU, an individual; DORA LAU, an
    individual; TYLER LIVINGSTON, an
16  individual; JOEL BEEM, an individual;
    RAYMOND TUNG, an individual; REGINA
17  CHAN, an individual; ANDREA HO, an
    individual; RANDEL HOM, an individual;
18  and SIMON LEE, an individual,

19                      PLAINTIFF,

20        v.

21  TOMMY WU, an individual; DOREEN HO,
    an individual; DENNIS LEE, an individual;
22  JONAS MILLER, an individual; EBRAHIM
    SHABUDDIN, an individual; BURT
23  THOMPSON, an individual; VIOLA
    LUCERO, an individual; and DOES 1
24  through 30,

25                      DEFENDANTS.

26

27
    SF-245917 v1
28

CV 11-03248 PJH
STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL

1        Defendant BURTON D. THOMPSON substitutes R. Bradford Huss and Virginia H. Perkins,

2  of Trucker Huss, APC, in place and instead of K&L Gates LLP as his attorneys in this action.

3        Defendant BURTON D. THOMPSON consents to this substitution.

4

5

6  Dated: September 08 , 2011

BURTON D. THOMPSON

7

8       We consent to the above substitution.

9                      TRUCKER HUSS, APC

10  Dated: September 9 , 2011       By:

11                            Virginia H. Perkins

12       We accept the above substitution.

13                      K&L GATES LLP

14

15  Dated: September 8, 2011      By:

16                          Jeffrey L. Bornstein
                                    Mikal J. Condon

17                          Claudia A. Quiroz

18                      **[~~PROPOSED~~] ORDER**

19       IT IS SO ORDERED.

20  Dated: September 13, 2011     By:

21                        Honorable Phyllis J. Hamilton
                          United States

22

23

24

25

26

27

28

CV 11-03248 PJH            1
      STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Phyllis J. Hamilton