Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
Mikal J. Condon (SBN 229208)
mikal.condon@klgates.com
Claudia A. Quiroz (SBN 254419)
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
BURTON D. THOMPSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MINNA TAO, an individual; GABRIEL LI, an individual; PETER SUN, an individual; VICKY ENG, an individual; ANDREW YAN, an individual; HERMAN WONG, an individual; ELLEN CIU-YEE, an individual; WAI-HANG YEUNG, an individual; DEBBY WU, an individual; DORA LAU, an individual; TYLER LIVINGSTON, an individual; JOEL BEEM, an individual; RAYMOND TUNG, an individual; REGINA CHAN, an individual; ANDREA HO, an individual; RANDEL HOM, an individual; and SIMON LEE, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>TOMMY WU, an individual; DOREEN HO, an individual; DENNIS LEE, an individual; JONAS MILLER, an individual; EBRAHIM SHABUDDIN, an individual; BURT THOMPSON, an individual; VIOLA LUCERO, an individual; and DOES 1 through 30,<br><br>DEFENDANTS. | Case No.  CV 11-03248 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL** |

SF-245917 v1

---

CV 11-03248 PJH
STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL

Defendant BURTON D. THOMPSON substitutes R. Bradford Huss and Virginia H. Perkins, of Trucker Huss, APC, in place and instead of K&L Gates LLP as his attorneys in this action.

Defendant BURTON D. THOMPSON consents to this substitution.

Dated: September 08, 2011

_____
BURTON D. THOMPSON

We consent to the above substitution.

TRUCKER HUSS, APC

Dated: September 9, 2011     By: _____
Virginia H. Perkins

We accept the above substitution.

K&L GATES LLP

Dated: September 8, 2011     By: _____
Jeffrey L. Bornstein
Mikal J. Condon
Claudia A. Quiroz

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: September 13, 2011     By: _____
Honorable Phyllis J. Hamilton
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

CV 11-03248 PJH                                  1
STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL