Andrew F. Pierce, Esq. (CA Bar No. 101889)
Stacy Y. North, Esq. (CA Bar No. 219034)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile:  (650) 843-1999
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MINNA TAO, an individual; GABRIEL LI, an individual; PETER SUN, an individual, VICKY ENG, an individual; ANDREW YAN, an individual; HERMAN WONG, an individual; ELLEN CHIU-YEE, an individual; WAI-HANG YEUNG, an individual; DEBBY WU, an individual; DORA LAU, an individual;  TYLER LIVINGSTON, an individual; JOEL BEEM, an individual; RAYMOND TUNG, an individual; REGINA CHAN, an individual; ANDREA HO, an individual; RANDEL HOM, an individual; and SIMON LEE an individual,<br><br>Plaintiffs,<br>v.<br><br>TOMMY WU, an individual; DOREEN HO, an individual; DENNIS LEE, an individual; JONAS MILLER, an individual; EBRAHIM SHABUDDIN, an individual; BURT THOMPSON, an individual; VIOLA LUCERO, an individual; and DOES 1 through 30,<br><br>Defendants. | Case No.  CV 11-03248 PJH<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT A~~ND CONTINUING CASE MANAGEMENT CONFERENCE~~ |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE

1

This Stipulation is made by and between plaintiffs MINNA TAO, GABRIEL LI, PETER SUN, VICKY ENG, ANDREW YAN, HERMAN WONG, ELLEN CHIU-YEE, WAI-HANG YEUNG, DEBBY WU, DORA LAU, TYLER LIVINGSTON, JOEL BEEM, RAYMOND TUNG, REGINA CHAN, ANDREA HO, RANDEL HOM, and SIMON LEE ("Plaintiffs") and defendants DENNIS LEE, JONAS MILLER, EBRAHIM SHABUDDIN, BURTON THOMPSON, and VIOLA LUCERO ("Defendants") by and through their respective counsel of record, with respect to the following facts:

WHEREAS Plaintiffs filed a Complaint on June 30, 2011;

WHEREAS Plaintiffs amended their Complaint on July 6, 2011;

WHEREAS Defendants Dennis Lee, Jonas Miller, and Burton Thompson filed a Motion to Dismiss Plaintiffs' First Amended Complaint on September 16, 2011, and Defendant Ebrahim Shabuddin joined in the Motion to Dismiss;

WHEREAS Defendants' Motion to Dismiss is set for hearing on January 11, 2012 and Defendants' Motion to Dismiss, if granted, may dispose of Plaintiffs' claims against the moving defendants in their entirety;

WHEREAS Plaintiffs recently served defendant Viola Lucero with the First Amended Complaint and Viola Lucero is within the 30 day window to respond to the First Amended Complaint;

WHEREAS Plaintiffs have learned that members of the UCBH Holdings, Inc. Compensation Committee may be responsible for the fiduciary breaches alleged by Plaintiffs in their First Amended Complaint and Plaintiffs wish to amend their Complaint to name those individuals as additional defendants;

WHEREAS Defendants do not oppose Plaintiffs having an opportunity to amend their Complaint to add these additional defendants;

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE

2

WHEREAS the initial case management conference in this case is currently set for December 8, 2011;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record as follows:

(1) Plaintiffs may file a Second Amended Complaint in the form attached hereto; and

(2) ~~The initial case management conference, currently set for December 8, 2011, shall be continued to a date after the Court's ruling on Defendants' Motion to Dismiss, currently set for hearing on January 11, 2012.~~

(3) The parties shall exchange their initial disclosures within 14 days after the parties' Rule 26(f) conference, which shall take place at least 21 days before the initial case management conference.

Dated: December 1, 2011          Respectfully Submitted,

                                 PIERCE & SHEARER, LLP

                                 By:  /s/   Stacy Y. North
                                      Stacy Y. North
                                      Attorney for PLAINTIFFS

Dated: December 1, 2011          Respectfully Submitted,

                                 TRUCKER HUSS

                                 By:  /s/   R. Bradford Huss
                                      R. Bradford Huss
                                      Attorneys for DEFENDANTS
                                      Dennis Lee, Jonas Miller, Burton Thompson
                                      and Viola Lucero

///
///
///
///

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE

Dated: December 1, 2011					Respectfully Submitted,

ROPERS MAJESKI KOHN & BENTLEY


By:   /s/   Spencer Martinez
     Spencer Martinez
     Attorneys for DEFENDANT
     Ebrahim Shabuddin

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  12/8/11					By:_____
     The Honorable

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND
AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE