R. Bradford Huss, No. 71303
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
E-mail:           bhuss@truckerhuss.com
                     vperkins@truckerhuss.com

Attorneys for Defendants
DENNIS LEE, JONAS MILLER,
BURTON THOMPSON, and VIOLA LUCERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MINNA TAO, an individual; GABRIEL LI, an individual; PETER SUN, an individual; VICKY ENG, an individual; ANDREW YAN, an individual; HERMAN WONG, an individual; ELLEN CHIU-YEE, an individual; WAI-HANG YEUNG, an individual; DEBBY WU, an individual; DORA LAU, an individual; TYLER LIVINGSTON, an individual; JOEL BEEM, an individual; RAYMOND TUNG, an individual; REGINA CHAN, an individual; ANDREA HO, an individual; RANDEL HOM, an individual; and SIMON LEE an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>TOMMY WU, an individual; DOREEN HO, an individual; DENNIS LEE, an individual; JONAS MILLER, an individual; EBRAHIM SHABUDDIN, an individual; BURT THOMPSON, an individual; VIOLA LUCERO, an individual; and DOES 1 through 30,<br><br>                    Defendants. | Case No. CV 11-03248 PJH<br><br>[~~PROPOSED~~] ORDER SETTING TIME FOR DEFENDANTS DENNIS LEE, JONAS MILLER, BURTON THOMPSON, VIOLA LUCERO AND EBRAHIM SHABUDIN TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT OR PLAINTIFFS' THIRD AMENDED COMPLAINT |

Pursuant to the parties' Stipulation (Docket # 83), the Court hereby orders as follows:

If Plaintiffs file a Third Amended Complaint, Defendants will file a response to that Complaint within twenty (20) days of that filing.

If Plaintiffs do not file a Third Amended Complaint on or before May 3, 2012, Defendants will file a response to what remains of the Second Amended Complaint, on or before May 13, 2012.

**IT IS SO ORDERED.**

Dated: 4/20/12

Honorable Phyllis J. Hamilton
Judge of the United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton
Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

[PROPOSED] ORDER SETTING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' SAC OR PLAINTIFFS' THIRD AMENDED COMPLAINT; Case No. CV 11-03248 PJH
#1213471

2